**T. C. McCann, appellee, v. Subscribers at Reliance Automobile Indemnity Exchange, appellants. Gen. No. 7,782.**

Action to recover fire insurance on automobile. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed September 29, 1927.

McGrath & Stone, for appellants. Hunter, Page & Kavanagh, for appellee.

Mr. Justice Boggs delivered the opinion of the court.     :   .

---

**A. E. Hart, appellant, v. Charles Allen, appellee. Gen. No. 7,786.**

Action for realty broker's commissions. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Arthur E. Fisher, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed September 29, 1927.

Garrett, Maynard & Fell, for appellant. J. E. Goembel and Andrews & Essington, for appellee.

Mr. Justice Boggs delivered the opinion of the court. ·

---

**Rosalie Elder Nelson, appellant, v. Richard R. Meents, formerly conservator and now ex-officio administrator of the estate of Michael King, deceased, appellee. Gen. No. 7,793.**

Assumpsit on promissory notes. · Appeal by plaintiff from nominal judgment for her. Appeal from the Circuit Court of Kankakee county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed September 29, 1927.

Frank J. Burns, James T. Burns and Schneider & Schneider, for appellant. J. W. Kern and John A. Mayhew, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**C. B. Swartz v. Bernard Lannen.**

**Peter Lannen, appellant, v. C. B. Swartz, appellee. Gen. No. 7,799.**

Interpleader in attachment. Judgment against interpleader. Appeal from the Circuit Court of Lee county; the Hon. Harry L. Heer, Judge, presiding. Heard in this court at the April term, 1927. Reversed with finding of fact. Opinion filed September 29, 1927.

M. J. Gannon and E. M. Bunnell, for appellant. H. A. Brooks, for appellee.

Mr. Justice Boggs delivered the opinion of the court.